Electronically Filed
Intermediate Court of Appeals
CAAP-12-0001072
29-MAY-2015
08:21 AM

NO. CAAP-12-0001072

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
KEVIN K.T. GUARD, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CASE NO. 1DTA-11-05472)

SUMMARY DISPOSITION ORDER
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Defendant-Appellant Kevin K.T. Guard (Guard) appeals from the November 16, 2012 Notice of Entry of Judgment and/or Order and Plea/Judgment convicting him of and sentencing him for violating Hawaii Revised Statutes (HRS) § 291E-61(a)(3) (Supp. 2014), Operating a Vehicle Under the Influence of an Intoxicant, entered by the District Court of the First Circuit, Honolulu Division (District Court) after a stipulated fact trial held on that date.[1]

Guard challenges his conviction based on the District Court's denial of his motion to suppress statements and evidence on three grounds: first, that he was misled by the warnings given to him before his decision whether to take a breath or blood alcohol test; second, that the police failed to warn him of his rights under Miranda v. Arizona, 384 U.S. 436 (1966) before he decided whether to take a breath or blood alcohol test; and third, the police misinformed him regarding his statutory right to an attorney under HRS 803-9 (2014).

---

[1] The Honorable David Lo presided.

We recently rejected the same arguments in <u>State v. Won</u>, 134 Hawai'i 59, 332 P.3d 661 (App. 2014) cert. granted, 2014 WL 2881259 (Jun. 24, 2014). Based on <u>Won</u>, we conclude that the District Court properly denied Guard's motion to suppress and we affirm his conviction and sentence under HRS § 291E-61(a)(3).

DATED: Honolulu, Hawai'i, May 29, 2015.

On the briefs:

Jonathan Burge,
for Defendant-Appellant.

Brian R. Vincent,
Deputy Prosecuting Attorney,
City & County of Honolulu,
for Plaintiff-Appellee.

Presiding Judge

Associate Judge

Associate Judge